UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HOLMES,<br><br>                 Plaintiff,<br><br>         v.<br><br>MELBA STARR, et al.,<br><br>                 Defendants. | No.  2:18-cv-0446 AC P<br><br><br>ORDER and<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff Kevin Holmes is a former state prisoner proceeding pro se with a civil rights complaint.  By order filed July 14, 2020, this court directed plaintiff to submit a non-prisoner application to proceed in forma pauperis or pay the filing fee within thirty days.  See ECF No. 7.  The court cautioned that "[f]ailure of plaintiff to timely comply with this order will result in a recommendation that this action be dismissed without prejudice."  Id. at 2.  The thirty-day period has expired and petitioner has not responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall randomly assign a district judge to this action.

Further, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen (14)

1

days after service of these findings and recommendations, petitioner may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 19, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE